25-03

FILED 20 MAY '26 11:58 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-__00169-SI_____ |
| v. | **INDICTMENT** |
| ISAAC SYMONE HARDEN JR., | 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| | 18 U.S.C. § 924(c)(1)(A) |
| Defendant. | 18 U.S.C. § 922(g)(1) |
| | **Forfeiture Allegations** |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B))**

On or about December 17, 2025, in the District of Oregon, defendant **ISAAC SYMONE HARDEN JR.** did knowingly possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

### COUNT 2
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**
**(18 U.S.C. § 924(c)(1)(A))**

On or about December 17, 2025, within the District of Oregon, defendant **ISAAC SYMONE HARDEN JR.** did knowingly possess a 10mm Taurus pistol, Model TH 10, in

Indictment                                                                 Page 1

furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), (as alleged in Count 1);

In violation of Title 18, United States Code, Section 924(c).

### COUNT 3
### (Felon in Possession of a Firearm)
### (18 U.S.C. § 922(g)(1))

On or about December 17, 2025, in the District of Oregon, defendant **ISAAC SYMONE HARDEN JR.**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

1. Attempted Assault I and Unlawful Use of a Weapon with a Firearm, on or about August 18, 2023, in the State of Oregon, Multnomah County Circuit Court, Case Number 22CR19780;

did knowingly and unlawfully possess a 10mm Taurus pistol, Model TH 10, and said firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 4
### (Felon in Possession of a Firearm)
### (18 U.S.C. § 922(g)(1))

On or about December 17, 2025, in the District of Oregon, defendant **ISAAC SYMONE HARDEN JR.**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

1. Attempted Assault I and Unlawful Use of a Weapon with a Firearm, on or about August 18, 2023, in the State of Oregon, Multnomah County Circuit Court, Case Number 22CR19780;

**Indictment**                                                      **Page 2**

did knowingly and unlawfully possess a .380 Ruger pistol, model LCP, and said firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FIRST FORFEITURE ALLEGATION
### (Controlled Substance Offenses)

Upon conviction of the offenses in Count 1, defendant **ISAAC SYMONE HARDEN JR.** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including firearms.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

**Indictment**                                                                                           **Page 3**

## SECOND FORFEITURE ALLEGATION
### (Firearm Offenses)

Upon conviction of the offenses in Counts 2, 3 or 4, defendant **ISAAC SYMONE**

**HARDEN JR.** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §

2461(c), the firearms and ammunition involved in that offense, and the associated ammunition.

Dated: May _19_, 2026

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

_____
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney

_____
JAMES A. KILCUP, OSB #173891
Assistant United States Attorney

Indictment                                                                 Page 4