**JOHN ROBB**, OSB. No. 104910
john@salirobb.com
Sali Robb LLC
1000 SW Broadway, Suite 2150
Portland, OR 97205
Telephone:  (971) 407-3372
Facsimile:   (503) 765-5377

Attorney for Defendant Isaac Harden Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:26-cr-00169-SI |
| Plaintiff, | |
| vs. | DEFENDANT'S EMERGENCY MOTION FOR TEMPORARY RELEASE FROM CUSTODY |
| ISAAC SYMONE HARDEN JR., | |
| Defendant. | |

Defendant Isaac Harden Jr., by and through his counsel John Robb, moves for an order temporarily releasing him pursuant to 18 U.S.C. §3142(i) so that he may attend the funeral of his cousin, which is scheduled for June 30, 2026. The position of the government and pretrial services is unknown.

On June 15, 2026, London Walker, Mr. Harden's 19-year-old cousin, passed away. Mr. Walker and Mr. Harden's fathers grew up together and were very close, and their children similarly grew up together as close family. Mr. Harden's mother tells defense counsel that Mr. Walker spent a great deal of time with Mr. Harden and their immediate family, including

PAGE 1 –     DEFENDANT'S EMERGENCY MOTION FOR TEMPORARY RELEASE
                     FROM CUSTODY

spending most holidays together. She described their relationship as similar to a sibling relationship.

Services for Mr. Walker will be taking place on Tuesday, June 30, 2026, locally in the Portland area. Mr. Harden seeks release only for sufficient time to allow him to attend the services with his family. His mother, Shayla Harden, has volunteered to be a third-party custodian of Mr. Harden while he is released, and transport Mr. Harden from and back to the Yamhill County Jail, or from wherever is necessary.

This request will not pose a danger of flight or risk to the community. Mr. Harden's family lives locally, and he will be attending funeral services for a close relative. Ms. Harden will be with Mr. Harden the entire time he is released and return him to the jail immediately following services. Mr. Harden is willing to comply with location monitoring or other conditions to ensure his compliance.

DATED: June 26, 2026

SALI ROBB LLC

By:        s/John Robb
JOHN ROBB, OSB No. 104910
john@salirobb.com
Tel.:  (971) 407-3372
Fax:  (503) 765-5377
Attorney for Defendant Isaac Harden Jr.

PAGE 2 –    DEFENDANT'S EMERGENCY MOTION FOR TEMPORARY RELEASE
FROM CUSTODY